[No. 24061-7-I. Division One. May 13, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE J. RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-02340-5, Patricia H. Aitken, J., entered April 19, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., and Kennedy, J.

[No. 25304-2-I. Division One. May 13, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER L. KINSER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-1-01283-5, John E. Rutter, Jr., J., entered December 6, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Scholfield and Baker, JJ.

[No. 24930-4-I. Division One. May 13, 1991.]

JAMES K. KOEHLER, *Plaintiff*, MARY FUNG KOEHLER, *Appellant*, v. KARL W. CUNNINGHAM, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 84-2-09731-1, Anthony P. Wartnik, J., entered August 11, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman and Pekelis, JJ.